Case No. 25-3626

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ROSALIND HOLMES

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant

and

GEORGIA PACIFIC

    Defendant - Appellee


   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation:

    The proper fee was not paid by November 6, 2025.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                   **ENTERED PURSUANT TO RULE 45(a),**
                                   **RULES OF THE SIXTH CIRCUIT**
                                   Kelly L. Stephens, Clerk

Issued:  November 20, 2025

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/20/2025.

**Case Name:** Rosalind Holmes v. USA, et al
**Case Number:** 25-3626

**Docket Text:**
ORDER filed to dismiss for want of prosecution - fee not paid by 11/6/2025. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Ms. Rosalind Holmes
5285 Natorp Boulevard
Apartment 100
Mason, OH 45040

**A copy of this notice will be issued to:**

Ms. Kathleen Marie Anderson
Mr. Richard W. Nagel