Case No. 25-3626

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ROSALIND HOLMES

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant

and

GEORGIA PACIFIC

    Defendant - Appellee

   Upon consideration of the appellant's motion to reinstate the case,

   And it appearing that the default which led to dismissal of the appeal has been cured,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                     **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  November 21, 2025

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/21/2025.

**Case Name:**   Rosalind Holmes v. USA, et al
**Case Number:**   25-3626

**Docket Text:**
ORDER filed granting motion to reinstate case [7445707-2] filed by Ms. Rosalind Holmes.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Ms. Rosalind Holmes
5285 Natorp Boulevard
Apartment 100
Mason, OH 45040

**A copy of this notice will be issued to:**

Ms. Kathleen Marie Anderson
Mr. Richard W. Nagel